# ELECTRONIC RECORD

COA #   11-13-00218-CR          OFFENSE:  38.04

STYLE:  **Eli Vernon III a/k/a Eli Mims v. The State of Texas**          COUNTY:  Parker

COA DISPOSITION:     AFFIRMED          TRIAL COURT:  43rd District Court

DATE: 09/25/14          Publish: NO          TC CASE #:     CR13-0053

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Eli Vernon III a/k/a Eli Mims v. The State of Texas**          CCA #:  **PD-1453-14**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___02/04/2015___          SIGNED: _____          PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**